# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Calvin A. Grant

                              Plaintiff,

v.                                                             Case No.: 1:19−cv−02615

                                                                            Honorable Edmond E. Chang

Jean Bennett, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 25, 2019:

       MINUTE entry before the Honorable Edmond E. Chang: As previously noted, R. 39, Plaintiff did not respond to Defendant Spark's motion [25] to dismiss. Plaintiff has now also missed the deadline to respond to the University Defendants' motion [21] to dismiss, which was due 06/20/2019, see R. 28. Defendants also report that Plaintiff did not respond to the attempted conferral on the initial status report. R. 40. In light of Plaintiff's failure to prosecute the case, as warned in R. 39, the case is dismissed with prejudice for lack of prosecution. Fed. R. Civ. P. 41(b). A separate AO−450 judgment shall be entered. The Court will consider a timely filed motion to alter judgment under Federal Rule of Civil Procedure 59. All pending motions are terminated in light of the dismissal. Status hearing of 06/26/2019 is vacated. Civil case terminated. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.